NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMI TYLER REBISH,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

---

2014-3085

---

Petition for review of the Merit Systems Protection Board in No. SF-1221-13-0494-W-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Jimmi Tyler Rebish moves without opposition for a 30-day extension of time. Rebish also asks the court to transfer this matter to the Federal Mediation and Conciliation Service or the U.S. Department of the Interior's Office of Collaborative Action and Dispute Resolution to "provide a process for legal enforcement and resolution where this originated."

2                                    REBISH v. INTERIOR


To the extent that Rebish's request to "transfer" relates to the merits of his petition, those arguments belong in his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Rebish's initial brief, any motion to proceed in forma pauperis (or payment of the docketing fee), and his Rule 15(c) statement concerning discrimination are due within 30 days of the date of filing of this order.  No further extensions should be anticipated.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30